UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24467-CIV-ALTONAGA/Simonton

**ARRIVALSTAR, S.A.**, *et al.*,

    Plaintiffs,
vs.

**ORACLE CORPORATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiffs filed this action on December 11, 2013, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **April 10, 2014**, Plaintiffs shall perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by April 10 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 27th day of December, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record