# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**Case No. 1:13-cv-24467**

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

ORACLE CORPORATION,

        Defendant.

_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, ArrivalStar

S.A. and Melvino Technologies Limited, hereby notify this Court and the Defendant, that

they voluntarily dismiss, **with prejudice**, all claims against Defendant, with each party to

bear its own costs and attorneys' fees.

Dated: January 14, 2014.           Respectfully Submitted,


                         /s/ William R. McMahon
                         William R. McMahon, Esquire
                         Florida Bar Number: 39044
                         McMahon Law Firm, LLC
                         21070 Sweetwater Lane North
                         Boca Raton, Florida 33428
                         Telephone: 561-706-0012
                         Facsimile: 561-807-5900
                         E-Mail: bill@mlfllc.com
                         **Attorney for Plaintiffs**